**EXHIBIT A**

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, W

| STATE OF ILLINOIS, CIRCUIT COURT | SUMMONS | For Court Use Only |
|---|---|---|
| Cook COUNTY | | FILED 1/4/2023 3:22 PM IRIS Y. MARTINEZ CIRCUIT CLERK COOK COUNTY, IL 2023L000018 Calendar, W 20896876 |

FILED DATE: 1/4/2023 3:22 PM 2023L000018

| Instructions ▼ | |
|---|---|
| Enter above the county name where the case was filed. | Abdul Mohammed<br>**Plaintiff / Petitioner** (First, middle, last name) |
| Enter your name as Plaintiff/Petitioner. | v. |
| Enter the names of all people you are suing as Defendants/Respondents. | Carvana Co.et.al<br>**Defendant / Respondent** (First, middle, last name) |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** (Check this box if this is not the 1st Summons issued for this Defendant.) |

2023-L-000018
**Case Number**

**IMPORTANT INFORMATION:**

There may be court fees to start or respond to a case. If you are unable to pay your court fees, you can apply for a fee waiver. You can find the fee waiver application at: illinoiscourts.gov/documents-and-forms/approved-forms/.

E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit illinoislegalaid.org.

Call or text Illinois Court Help at 833-411-1121 for information about how to go to court including how to fill out and file forms. You can also get free legal information and legal referrals at illinoislegalaid.org.

**Plaintiff/Petitioner:**

Do not use this form in an eviction, small claims, detinue, divorce, or replevin case. Use the *Eviction Summons*, *Small Claims Summons*, or *Summons Petition for Dissolution of Marriage / Civil Union* available at illinoiscourts.gov/documents-and-forms/approved-forms. If your case is a detinue or replevin, visit illinoislegalaid.org for help.

If you are suing more than 1 Defendant/Respondent, fill out a *Summons* form for each Defendant/Respondent.

| | | |
|---|---|---|
| In **1a**, enter the name and address of a Defendant/Respondent. If you are serving a Registered Agent, include the Registered Agent's name and address here. | 1. | **Defendant/Respondent's address and service information:** |
| | a. | Defendant/Respondent's primary address/information for service:<br>Name (First, Middle, Last): Carvana Co.<br>Registered Agent's name, if any: Illinois Corporation Service Company<br>Street Address, Unit #: 801 Adlai Stevenson Dr, Springfiled, IL 62703<br>City, State, ZIP: Chicago, Illinois 60602<br>Telephone: _____ Email: _____ |
| In **1b**, enter a second address for Defendant/Respondent, if you have one. | b. | If you have more than one address where Defendant/Respondent might be found, list that here:<br>Name (First, Middle, Last): _____<br>Street Address, Unit #: _____<br>City, State, ZIP: _____<br>Telephone: _____ Email: _____ |
| In **1c**, check how you are sending your documents to Defendant/Respondent. | c. | Method of service on Defendant/Respondent:<br>☑ Sheriff ☐ Sheriff outside Illinois: _____<br>                                                  County & State<br>☐ Special process server ☐ Licensed private detective |

**EXHIBIT A**

SU-S 1503.2        Page 1 of 4        (06/21)

Enter the Case Number given by the Circuit Clerk: 2023-L-000018

FILED DATE: 1/4/2023 3:22 PM    2023L000018

| In **2**, enter the amount of money owed to you. |
|---|

2. **Information about the lawsuit:**
   Amount claimed:   $ 88,000,000.(

| In **3**, enter your complete address, telephone number, and email address, if you have one. |
|---|

3. **Contact information for the Plaintiff/Petitioner:**
   Name *(First, Middle, Last)*:   Abdul Mohammed
   Street Address, Unit #:   258 East Bailey Rd, Apt C
   City, State, ZIP:   Naperville, Illinois 60565
   Telephone:   (331) 203-4043        Email:   aamohammed@hotmail.com

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

| **Important information for the person getting this form** | You have been sued. Read all of the documents attached to this *Summons*. To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: illinoiscourts.gov/documents-and-forms/approved-forms/. |
|---|---|

| Check **4a** or **4b**. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box **4a**. Otherwise, if the clerk gives you a court date, check box **4b**. |
|---|

4. **Instructions for person receiving this *Summons* (Defendant):**

   ☑ a.  To respond to this *Summons*, you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served *(not counting the day of service)* by e-filing or at:
   Address:   50 West Washington St
   City, State, ZIP:   Chicago, Illinois 60602

| In **4a**, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/Response*. |
|---|
| In **4b**, fill out:<br>• The court date and time the clerk gave you.<br>• The courtroom and address of the court building.<br>• The call-in or video information for remote appearances (if applicable).<br>• The clerk's phone number and website. All of this information is available from the Circuit Clerk. |

   ☐ b.  Attend court:
   On: _____ at _____ ☐ a.m. ☐ p.m. in _____
         Date                  Time                              Courtroom
   **In-person at:**

   _____
   *Courthouse Address*        *City*              *State*        *ZIP*
   OR
   **Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"):
   By telephone: _____
                 *Call-in number for telephone remote appearance*
   By video conference: _____
                        *Video conference website*

   _____
   *Video conference log-in information (meeting ID, password, etc.)*

   Call the Circuit Clerk at: _____ or visit their website
                              *Circuit Clerk's phone number*
   at:  _____ to find out more about how to do this.
        *Website*

| **STOP!**<br>The Circuit Clerk will fill in this section. |
|---|
| **STOP!**<br>The officer or process server will fill in the Date of Service. |

**Witness this Date:** _____        *Seal of Court*

**Clerk of the Court:** _____

**This *Summons* must be served within 30 days of the witness date.**

Date of Service: _____
                 *(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)*

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT<br>Cook COUNTY | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | For Court Use Only |
|---|---|---|
| **Instructions**<br>Enter above the county name where the case was filed. | Abdul Mohammed<br>**Plaintiff / Petitioner** (First, middle, last name) | |
| Enter your name as Plaintiff/Petitioner. | | |
| Enter the names of all people you are suing as Defendants/Respondents. | v.<br>Carvana Co.et.al<br>**Defendant / Respondent** (First, middle, last name) | 2023-L-000018<br>**Case Number** |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** (Check this box if this is not the 1st Summons issued for this Defendant.) | |

FILED DATE: 1/4/2023 3:22 PM 2023L000018

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form.\*\***

My name is _____ and I state
               *First, Middle, Last*

☐ I served the *Summons* and Complaint/Petition on the Defendant/Respondent
_____ as follows:
*First, Middle, Last*

    ☐ Personally on the Defendant/Respondent:
       Male ☐  Female ☐  Non-Binary ☐  Approx. Age: \_\_\_\_\_  Race: _____
       On this date: _____  at this time: _____  ☐ a.m.  ☐ p.m.
       Address, Unit#: _____
       City, State, ZIP: _____

    ☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there:
       On this date: _____  at this time: _____  ☐ a.m.  ☐ p.m.
       Address, Unit#: _____
       City, State, ZIP: _____
       And left it with: _____
                      *First, Middle, Last*
       Male ☐  Female ☐  Non-Binary ☐  Approx. Age: \_\_\_\_\_  Race: _____
       and by sending a copy to this defendant in a postage-paid, sealed envelope to the above address on _____, 20 \_\_\_\_\_ .

    ☐ On the Corporation's agent, _____
                                  *First, Middle, Last*
       Male ☐  Female ☐  Non-Binary ☐  Approx. Age: \_\_\_\_\_  Race: _____
       On this date: _____  at this time: _____  ☐ a.m.  ☐ p.m.
       Address: _____
       City, State, ZIP: _____

**EXHIBIT A**

Enter the Case Number given by the Circuit Clerk: 2023-L-000018

☐ **I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:**

_____
*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____

2. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____

3. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____

| | |
|---|---|
| **DO NOT** complete this section. The sheriff or private process server will complete it. | **If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.** |

**By:**  **FEES**
Service and Return: $ _____
*Signature by:* _____  Miles _____ $ _____
☐ Sheriff  Total $ 0.00
☐ Sheriff outside Illinois: _____
*County and State*
☐ Special process server
☐ Licensed private detective

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

_____
*Print Name*

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

FILED DATE: 1/4/2023 3:22 PM    2023L000018

All Law Division initial Case Management Dates will be heard via ZOOM.
For more information and Zoom Meeting IDs go to https://www.cookcountycourt.org/HOME/Zoom-Links/Agg4906_SelectTab/12
Remote Court date: 3/29/2023 9:00 AM

FILED DATE: 1/3/2023 12:00 AM 2023L000018

**IN THE CIRCUIT COURT OF COOK COUNTY**

| | |
|---|---|
| ABDUL MOHAMMED,<br><br>Plaintiff,<br><br>v.<br><br>CARVANA CO., BRIDGECREST ACCEPTANCE CORPORATION, BRIDGECREST CREDIT COMPANY PLLC, BRIDGECREST CREDIT COMPLANY LLC, SILVER ROCK INC, AND MARY LEIGH PHILLIPS,<br><br>Defendants. | FILED<br>1/3/2023 12:00 AM<br>IRIS Y. MARTINEZ<br>CIRCUIT CLERK<br>COOK COUNTY, IL<br>2023L000018<br>Calendar, W<br>20861917 |

## COMPLAINT AT LAW

Abdul Mohammed ("Plaintiff"), individually, upon personal knowledge of facts pertaining to him and on information and belief, appearing Pro Se, brings this complaint against Carvana Co. (hereinafter Carvana), Bridgecrest Acceptance Corporation, Bridgecrest PLLC, Bridgcrest LLC (hereinafter Bridgecrest), Silver Rock Inc (hereinafter Silver Rock) and May Leigh Phillips.

### JURISDICTION AND VENUE

1. This Court has original jurisdiction over the subject matter of the claims brought under Illinois State Common Law.

2. Further, Defendants are authorized to conduct operations and are conducting operations in this court's jurisdiction. Plaintiff is a resident of the State of Illinois.

3. Further, the venue is proper as the Defendants are authorized to conduct operations and conducting operations in this court's jurisdiction.

### NATURE OF THE ACTION

4. Further, Plaintiff bought a 2014 Nissan Altima (hereinafter vehicle) from Defendants Carvana and Bridgecrest on December 28, 2021.

5. Defendants Carvana and Bridgecrest provided a 100 days/4189 miles warranty through Silver Rock to Plaintiff.

6. Within 100 days/4189 miles the Plaintiff called Silver Rock with a problem with the airbag but Silver Rock informed that they will not cover the repair for the airbag.

1

**EXHIBIT A**

7. Further, Plaintiff operated the Air Conditioning (hereinafter AC) in the vehicle for the first time since he bought the car on June 16, 2022, but the AC was not working.
8. Further, Plaintiff called Silver Rock to fix the AC, but Silver Rock refused to fix the AC.
9. Further, Plaintiff spent $282.00 to have the vehicle's AC diagnosed and the mechanic has informed Plaintiff that the AC Compressor and AC Condenser are very weak and hence the AC is not working.
10. Further, the Mechanic has given an estimate of approximately $1750.00 to fix the AC.
11. , Further Defendants Carvana and Bridgecrest sold the vehicle to Plaintiff with a bad airbag and bad AC Compressor and AC Condenser.
12. Further, Plaintiff sent a check of $1000.00 to Bridgecrest towards his payment for the loan on or about August 20, 2022.
13. Further, Bridgecrest informed the Plaintiff to send the check for $1000.00 to PO Box 842695, Los Angeles, CA 90084-2695.
14. Further, now Bridgcrest is stating that they did not receive the check as the mentioned address is for paying off the loan.
15. Further, Plaintiff does not have any responsibility for the lost check because he sent the check to the address given to him by Bridgecrest.
16. Further, Bridgcrest is reporting 2 illegal late payments on Plaintiff's credit reports and Bridgecrest has refused to remove the 2 illegal late payments even though Bridgecrest is at fault for losing the check sent on or about August 20, 2022.
17. Further, Plaintiff has not received the check back because the check was delivered to Bridgecrest.
18. Further, the 2 illegal late payments on Plaintiff's credit reports violate Fair Credit Reporting Services (FCRA).

## COUNT I
## ILLINOIS CONSUMER FRAUD AND DECEPTIVE BUSINESS PRACTICES ACT
## (ALL DEFENDANTS)

19. Further Plaintiff repeats and realleges all of the foregoing paragraphs as if fully set forth herein.
20. Further the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 Ill. Comp. Stat. 505/2, prohibits unfair methods of competition and unfair or deceptive acts or practices.
21. Further Defendants' conduct, described above, was unfair and deceptive.
22. Further Defendants' conduct was also unfair, immoral, unethical, oppressive, and unscrupulous, and substantially injured Plaintiff.

EXHIBIT A

2

23. Further Plaintiff suffered damages as a result of the Defendants' deceptive and unfair conduct.

WHEREFORE, Plaintiff, ABDUL MOHAMMED, demands judgment against the Defendants, for damages, punitive damages, and compensatory damages in the amount of $50,000, and costs and attorney's fees and any such other relief as the court may deem just and proper.

## COUNT II
## BREACH OF CONTRACT
## (DEFENDANTS CARVANA AND BRIDGECREST)

24. Further Plaintiff repeats and realleges all of the foregoing paragraphs as if fully set forth herein.
25. Further Plaintiff and Defendants entered into a contract, but the Defendants have not provided a copy of the contract to Plaintiff.
26. Further, the Defendants informed over the phone and through the delivery driver who delivered the car that everything in the vehicle is working fine including but not limited to the AC.
27. Plaintiff has fully performed his obligations under the contract.
28. Defendants breached the contract when they provided the vehicle whose airbag and the AC were not working.
29. Defendants' conduct was willful and intentional and committed with a purpose to harm Plaintiff.
30. Plaintiff suffered damages as a result of the breach of contract.

WHEREFORE, Plaintiff, ABDUL MOHAMMED, demands judgment against the Defendants, for damages, punitive damages, and compensatory damages in the amount of $50,000, and costs and attorney's fees and any such other relief as the court may deem just and proper.

## COUNT II
## VIOLATIONS OF VIOLATIONS OF FCRA §§ 1681e (b) and 1681I
## (DEFENDANTS CARVANA AND BRIDGECREST)

31. Further, Plaintiff repeats and realleges all of the foregoing paragraphs as if fully set forth herein.
32. Further, Defendants violated 15 U.S.C. § 1681c(b) by its conduct, acts, and omissions in failing to establish and/or to follow reasonable procedures to assure the maximum possible accuracy of the information concerning Plaintiff in the preparation and publication of consumer reports about Plaintiff.
33. Further, Defendants violated multiple sections of 15 U.S. C. 5 1681i by its acts and omissions, including, but not limited to, the following:

**EXHIBIT A**

3

FILED DATE: 1/3/2023 12:00 AM 2023L000018

a) failing to (i) conduct a reasonable reinvestigation of Plaintiff's disputes concerning all items of information that Plaintiff disputed, and (ii) record the correct status of the disputed information or delete the disputed information from Plaintiff's credit file in violation of 5 1681i(a)(1);

b) failing to review and consider all relevant information submitted by Plaintiff concerning Plaintiff's disputes, in violation of 5 1681i(a)(4); and

c) failing to properly delete items of disputed information from the Plaintiff's credit file that Defendants could not have verified upon a lawful reinvestigation in violation of § 1681i(a)(5).

34. Further, these violations of §§ 1681e(b) and 1681i were willful, rendering Defendants liable for statutory damages, actual damages, costs, reasonable attorney's fees, and punitive damages in an amount to be determined by the Court pursuant to § 1681(n).

35. Further, in the alternative, Defendants' violations of §§ 1681(e) (b) and 1681i were negligent, entitling Plaintiff to recover actual damages, costs, and reasonable attorney's fees pursuant to § 1681(o).

36. Further, Defendants are reporting incorrect derogatory information about Plaintiff as described above to one or more consumer reporting agencies (credit bureaus) as defined by 15 U.S.C. § 1681 in violation of the Fair Credit Reporting Act.

37. Further, Plaintiff suffered damages as a result of the Defendants' violations of the Fair Credit Reporting Act. Due to Defendants' reporting of the incorrect derogatory information on the Plaintiff's Credit File at the three credit bureaus, Plaintiff has been denied credit by other creditors, Plaintiff was forced to enter into an auto loan at an exorbitant interest rate and the Plaintiff's Credit Score has been drastically affected.

38. Further, Plaintiff has disputed the unlawful derogatory information which is being reported by the Defendants on his credit reports several times, but the Defendants have refused to correct the unlawful derogatory information which is being reported by the Defendants on Plaintiff's credit reports

WHEREFORE, Plaintiff, ABDUL MOHAMMED, demands judgment against the Defendants, for damages, punitive damages, and compensatory damages in the amount of $50,000, and costs and attorney's fees and any such other relief as the court may deem just and proper.

**EXHIBIT A**

4

FILED DATE: 1/3/2023 12:00 AM 2023L000018

Date-: January 2, 2023,                                                        Respectfully Submitted,
/s/Abdul Mohammed,
258 East Bailey Rd., Apt. C
Naperville, IL 60565
Ph.630-597-3998

**EXHIBIT A**

5