UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABDUL MOHAMMED,<br><br>    Plaintiff,<br><br>v.<br><br>CARVANA CO., BRIDGECREST ACCEPTANCE CORPORATION, BRIDGECREST CREDIT COMPANY PLLC, BRIDGECREST CREDIT COMPANY LLC, SILVER ROCK INC., and MARY LEIGH PHILLIPS,<br><br>    Defendants. | Case No. 1:23-cv-01581 |

**DEFENDANTS' JOINT MOTION TO REFER THIS CASE
TO THE EXECUTIVE COMMITTEE FOR SCREENING AND DISMISSAL**

Defendants Carvana, LLC, incorrectly named as Carvana, Co., Bridgecrest Acceptance Corp., Bridgecrest Credit Company PLLC,[1] Bridgecrest Credit Company LLC, SilverRock Automotive, Inc., incorrectly named as Silver Rock Inc., and Mary Leigh Phillips, hereby jointly move to refer this matter to the Executive Committee for the Northern District of Illinois for screening and for dismissal pursuant to existing restricted-filer orders against Plaintiff Abdul Mohammed, and in support, states as follows:

1. Plaintiff, Abdul Mohammed ("Plaintiff") is a vexatious litigant and frequent-filer who is subject to current restrict-filed orders in this District. On June 17, 2020, the Executive Committee entered an order directing that any new complaints filed by Abdul Mohammed and transferred to this Court from another jurisdiction shall be reviewed by the Executive Committee to determine whether they should be filed. *See In re Mohammed*, No. 20-cv-03479, Dkt. No. 1

---

[1] Bridgecrest Credit Company PLLC is incorrectly named and is duplicative of Bridgecrest Credit Company LLC.

(June 17, 2020 N.D. Ill.) [Ex. A]. The Executive Committee entered subsequent orders affirming and continuing the filing restrictions on November 8, 2021 and November 7, 2022. *See, e.g.*, *In re Mohammed*, No. 20-cv-03479, Dkt. No. 56 (Nov. 7, 2022 N.D. Ill.) ("2022-11-07 Executive Committee Order") [Ex. B].

2. Plaintiff is also subject to a "*Mack*" order in this Circuit "for his persistence in pursuing frivolous claims." *Mohammed v. NLRB*, No. 20-3718, Dkt. No. 11 (7th Cir. Jan. 11, 2021) [Ex. C.]

3. On November 7, 2022, the Executive Committee entered and expanded its original filing restriction against Plaintiff, ordering that until the filing restrictions from this Court and the Seventh Circuit Court of Appeals have been lifted, any case removed to or transferred to this Court will be dismissed, unless he demonstrates to the Executive Committee in writing that he is in imminent danger of great bodily harm." (2022-11-07 Executive Committee Order [Ex. B].)

4. The Executive Committee further noted that Plaintiff "has a pattern of filing cases in the Circuit Courts of Illinois only to be removed to this Court as a way of bypassing the current filing restrictions." *Id.* at 1-2. The Executive Committee found that Plaintiff "has established a pattern of filing duplicative and frivolous cases even after being enjoined from filing new cases in this District and being sanctions by the Seventh Circuit Court of Appeals." *Id.* at 2.

5. Plaintiff commenced this case on January 4, 2023 in the Circuit Court of Cook County, Illinois, styled *Abdul Mohammed v. Carvana Co., et al.*, Case No. 2023L000018 (*see* Original Summons and Compl. [Dkt. No. 1-A].) In the Original Complaint, Plaintiff alleges claims under the Illinois Consumer Fraud and Deceptive Business Practices Act against Carvana, LLC, incorrectly named as Carvana, Co. ("Carvana"), Bridgecrest Acceptance Corp., Bridgecrest Credit Company PLLC, Bridgecrest Credit Company LLC (together with Bridgecrest Acceptance Corp.

2

and Bridgecrest Credit Company PLLC as the "Bridgecrest Entities"), SilverRock Automotive, Inc., incorrectly named as SilverRock, Inc., and Mary Leigh Phillips, an individual and the Chief Executive Officer of Defendants Bridgecrest and SilverRock (collectively "Defendants"). Plaintiff alleges that the Defendants engaged in unfair business practices, breach of contract, and violated the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 *et seq.* in relation to his purchase of a vehicle from Defendant Carvana (Compl. ¶¶ 19-38.) Plaintiff emailed a copy of his complaint to Defendant Phillips with the note, "Here you go. I have sued your ass." *In re Mohammed*, 20-cv-03479, Dkt. No. 58. [Ex. D.]

6. This case was removed on behalf of Defendant SilverRock on March 14, 2023. [Dkt. No. 1.][2]

7. Since the Executive Committee's November 8, 2021 order, Plaintiff has filed numerous cases in this District and in the Circuit Courts of Illinois. For example, Plaintiff filed a complaint in the Circuit Court of Cook County against Illinois' two senators, the United States Attorney, the clerk of this court, members of the Executive Committee of the district court, as well as nearly every judge of the Seventh Circuit Court of Appeals and the U.S. District Court for the Northern District of Illinois. *See e.g.*, *Mohammed v. United States*, No. 22-cv-06282 (N.D. Ill.). The Executive Committee dismissed that case with prejudice on November 14, 2022. *Id.*

8. On July 22, 2022, Plaintiff initiated an action against Comcast OTR1, LLC and Credit Control Services d/b/a Credit Collection Services, improperly named as Credit Collection Services, in the Circuit Court of Cook County. Plaintiff made similar allegations against those

---

[2] Defendant Carvana filed an initial notice of removal on February 13, 2023. *See Mohammed v. Carvana, Co., et al.*, No. 2023-cv-00873, Dkt. No. 1 (N.D. Ill). Carvana moved to withdraw that notice following confirmation of the date of service of summons and complaint. *Id.* at Dkt. No. 7. Carvana's motion was granted on February 23, 2023, and the case was remanded pursuant to the Northern District of Illinois' Local Rule 81.2, effective March 9, 2023. *Id.* at Dkt. Nos. 8 and 9.

3

defendants as the claims in this litigation, including claims arising under the Fair Credit Report Act, breach of contract, and violations of the Illinois Consumer Fraud and Deceptive Business Practices Act. *See Mohammed v. Comcast OTR1, LLC, et al.*, No. 22-cv-05786 (N.D. Ill.). The Executive Committee dismissed Plaintiff's case with prejudice on November 7, 2022. (*See* 2022-11-07 Executive Committee Order [Ex. B].)

9. Plaintiff should not be permitted to file or prosecute this case because of the restricted-filer order and because it is meritless.

WHEREFORE, Defendants hereby jointly move to refer this case for consideration to the Executive Committee in keeping with the current restricted-filer order to screen his latest complaint, and request that it should be dismissed pursuant to the Executive Committee's orders.

DATED: March 14, 2023            Respectfully submitted,

By:    /s/ *Anthony D. Pesce*

Anthony D. Pesce
PEDERSEN & HOUPT
161 North Clark Street, Suite 2700
Chicago, Illinois 60601
Phone: (312) 261-6888
apesce@pedersenhoupt.com

*Attorney for Defendants*

4

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 14, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record, and sent a copy of the foregoing document via electronic mail and Federal Express, postage prepaid, addressed to:

>Abdul Mohammed
>258 East Bailey Road, Apartment C
>Naperville, Illinois 60565
>Phone: (630) 854-5345
>aamohammed@hotmail.com
>
>*Plaintiff*

DATED: March 14, 2023                                    Respectfully submitted,

                                                                       By: /s/ *Anthony D. Pesce*

                                                                     Anthony D. Pesce
                                                                     PEDERSEN & HOUPT
                                                                     161 North Clark Street, Suite 2700
                                                                     Chicago, Illinois 60601
                                                                     Phone: (312) 261-6888
                                                                     apesce@pedersenhoupt.com

                                                                     *Attorney for Defendants*